**Joel PARKER, Petitioner–Appellant,**

v.

**State of NORTH CAROLINA; Randall Lee, Respondents–Appellees.**

**No. 02–6790.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 2, 2002.

Decided Dec. 3, 2002.

Joel Parker, Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Joel Parker seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and conclude on the reasoning of the district court that Parker has not made a substantial showing of the denial of a constitutional right. *See Parker v. North Carolina,* No. CA–00–771–HC–5 (E.D.N.C. filed Sept. 18, 2001; entered Sept. 19, 2001). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*